District Judge Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARANJIT SINGH (Agency # 78-492-180),<br><br>        Petitioner,<br><br>  v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, ROBERT S. MUELLER III, Director, Federal Bureau of Investigation, and JULIA L. HARRISON, Seattle Acting District Director, U.S. Citizenship and Immigration Services, and LAURA LAUGHLIN, Seattle Special Agent in Charge, Federal Bureau of Investigations.<br><br>        Respondents. | No. C06-00499 TSZ<br><br>JOINT STIPULATION FOR VOLUNTARY DISMISSAL |

## JOINT STIPULATION

COMES NOW, the parties, by and through their respective attorneys of record, and respectively stipulate to allow petitioner to voluntary dismiss his case, without claim of either party to attorney fees or costs.

//
//
//
//
//

JOINT STIPULATION FOR
VOLUNTARY DISMISSAL – 1
(C06-00499 TSZ)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

DATED this 28th day of June, 2006.

JOHN McKAY  
United States Attorney

LAW OFFICES OF BART KLEIN

/s/Priscilla T. Chan  
 PRISCILLA T. CHAN, WSBA #28533  
Assistant United States Attorney  
United States Attorney's Office  
700 Stewart Street, Suite 5220  
Seattle, Washington 98101-1271  
Phone: 206-553-7970  
Fax:    206-553-4073  
E-mail: priscilla.chan@usdoj.gov  
Attorneys for Defendants

/s/ Bart Klein  
BART KLEIN, WSBA #10909  
Law Offices of Bart Klein  
605 First Avenue, Suite 500  
Seattle, WA 98104  
Phone: 206-624-3787  
Fax: 206-624-6371  
Email: bklein@bartklein.com  
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.  The case is dismissed without prejudice.

DATED this 29th day of June, 2006.

*[signature: Thomas S. Zilly]*  
Thomas S. Zilly  
United States District Judge

Presented by:

JOINT STIPULATION FOR  
VOLUNTARY DISMISSAL  −  2  
(C06-00499 TSZ)

United States Attorney  
700 Stewart Street, Suite 5220  
Seattle, Washington 98101-1271  
(206) 553-7970

| | |
|---|---|
| 1 | JOHN McKAY |
| 2 | United States Attorney |
| 3 | |
| 4 | /s/ Priscilla T. Chan |
|   | PRISCILLA T. CHAN, WSBA #28533 |
| 5 | Assistant United States Attorney |
|   | United States Attorney's Office |
| 6 | 700 Stewart Street, Suite 5220 |
|   | Seattle, Washington 98101-1271 |
| 7 | Phone: 206-553-7970 |
| 8 | Fax:   206-553-4073 |
|   | E-mail: priscilla.chan@usdoj.gov |
| 9 | Attorneys for Defendants |
| 10 | |
| 11 | |
|    | LAW OFFICES OF BART KLEIN |
| 12 | |
| 13 | |
| 14 | /s/ Bart Klein |
|    | BART KLEIN, WSBA #10909 |
| 15 | Law Offices of Bart Klein |
|    | 605 First Avenue, Suite 500 |
| 16 | Seattle, WA 98104 |
| 17 | Phone: 206-624-3787 |
|    | Fax: 206-624-6371 |
| 18 | Email: bklein@bartklein.com |
|    | Attorney for Plaintiff |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT STIPULATION FOR
VOLUNTARY DISMISSAL – 3
(C06-00499 TSZ)